```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

ERIK LAMAR LEWIS                                           PLAINTIFF

vs.                              CIVIL ACTION NO. 5:13-cv-194-DCB-MTP

RAYMOND BYRD, et al                                       DEFENDANTS

                              ORDER

    This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

    IT IS THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby adopted as the finding of this Court. Accordingly, Defendant Christopher Epps is dismissed as a party to this action.

    SO ORDERED, this the 5th day of December, 2014.


                                                s/David Bramlette
                                      UNITED STATES DISTRICT JUDGE